# EXHIBIT B

# BERANBAUM MENKEN LLP

80 PINE STREET, 33RD FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.NYEMPLOYEELAW.COM

JOHN A. BERANBAUM °
BRUCE E. MENKEN
JASON J. ROZGER
JENNIFER L. SMITH

° ALSO ADMITTED NJ, PA
Δ ALSO ADMITTED NJ

**By Electronic Mail Only**

September 3, 2010

Joseph Labuda, Esq.
Jamie Felsen, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W3
Lake Success, NY 11042

RE: <u>Clover, et al., v. Shiva Realty, et al.,</u> 10 Civ. 1702 (RPP)

Dear Joe and Jamie:

    As agreed, attached find the attorney time records for our associate, Jennifer L. Smith, and myself concerning the above matter.

    Ms. Smith billed a total of 20.75 hours and charges her hourly clients $300 per hour. She is a 2002 New York University Law School graduate and is a third year associate at our firm.

    I billed a total of 30.90 hours and charge my hourly clients $500 per hour. I have been practicing law over 23 years and was awarded attorneys fees in 2009 by an Eastern District Judge and Northern District Judge at an hourly rate of $450.

    We exercised billing judgment and did not bill for various small tasks and many short telephone calls with our clients and your firm. We also did not bill for on-line legal research and photocopying.

    The total amount of attorneys' fees, inclusive of costs, is $22,310.

Very truly yours,

Bruce E. Menken

BEM:os
w/enc.

September 3, 2010

Christine Clover
2300 Pitkin Avenue
Apt. #2
Brooklyn, NY 11207

Stephanie Cortes
615 East 104th Street
Apt. #209
Brooklyn, NY 11236

RE: <u>Clover, Cortes, et al., v. Shiva Realty, et al.,</u> 10 Civ. 1702 (RPP)

## MENKEN BILLING STATEMENT

| Date | Description | Hours |
|---|---|---|
| 2/19/10 | Initial meeting with Christine Clover (CC) and Stephanie Cortes (SC) to discuss case and potential claims | 2.25 |
| 2/24/10 | Review documents produced by CC and SC | .75 |
|  | Search NYS Corporations data base for proper names of defs | .50 |
|  | ECF search of defendants, review pleadings in franchise case | 1.25 |
|  | TC w/Wash. D.C. franchise attorney (Ashley Ewald, Esq) | .20 |
|  | TC w/NYC franchise attorney (Ronald Degen, Esq.) | .20 |
|  | Draft summons and complaint | 2.75 |
| 2/25/10 | Meeting w/CC and SC to review complaint, sign consent to sue forms, discuss complaint | 1.25 |
| 3/2/10 | Finalize summons and complaint | .75 |
|  | Letter to United Process Service re: filing | .25 |
| 3/19/10 | TC w/possible witness, Anthony Catapano, re: case | .40 |
| 4/8/10 | Review records of CC and SC | 2.25 |
|  | TC w/CC re: her documents | .25 |
|  | TC w/SC re: her documents | .25 |
|  | Email to Labuda re: basis of claim, settlement possibilities | .40 |
| 5/20/10 | Review Defs' Answer | .25 |
|  | Review Judge Patterson's individual rules | .10 |

| Date | Description | Hours |
|---|---|---|
| | Letter to Labuda re: calendar notice | .10 |
| 5/27/10 | Prepare for court appearance | .25 |
| | Court appearance w/travel | 1.10 |
| | Review Defs' settlement proposal w/documents | 1.50 |
| 6/1/10 | Review Defs' Rule 68 offer | .20 |
| | TC w/CC re: R. 68 offer | .20 |
| | TC w/SC re: R. 68 offer | .20 |
| 6/11/10 | Letter to CC re: status | .20 |
| 6/21/10 | Review and edit Plaintiffs' Motion for Cond Cert | .50 |
| | TC w/Labuda | .25 |
| 6/29/10 | Review Felsen letter to court | .10 |
| | TC w/Felsen re: briefing schedule | .10 |
| | Review Defs' Rule 26 Initial Disclosures | .10 |
| | Review Defs' First Request for Production of Documents | .25 |
| | TC w/CC and SC re: Defs' Req for Production of Docs | .25 |
| 7/2/10 | Meeting w/Jennifer Smith (JLS) re: settlement possibilities and numbers | .50 |
| | TCs (2x) w/Felsen re: brief schedules, settlement discussions | .30 |
| 7/12/10 | Review entire file to review the accuracy of defs' Rule 68 and valuation of damages | 1.25 |
| 7/14/10 | TCS w/Labuda (2x) re: settlement | .40 |
| 7/15/10 | TC w/CC re: settlement | .25 |
| | TC w/SC re: settlement | .25 |
| | TC w/Labuda re: settlement | .25 |
| | Review Defs' Mem of Law and supporting papers in support of Mot to Dismiss | 1.0 |
| 7/19/10 | Review Labuda letter to court re: Rule 68 and conflict | .10 |
| 7/23/10 | Legal Research re: public policy argument against R. 68 offers extinguishing FLSA class cases  - <u>Reed, Davis</u> cases | 2.50 |
| 7/27/10 | Review and edit JLS Mem in Opp to Defs' Motion to Dismiss | .50 |
| | Review Defs' Mem of Law and supporting papers in Opp to Pls' Mot for Cond Cert | 1.20 |

| Date | Description | Hours |
|---|---|---|
| 8/3/10 | TC w/Labuda and Felsen (2x) re: settlement | .30 |
| | Meet with JLS and prepare for meeting w/CC and SC | .25 |
| | Meeting w/CC and SC re: settlement terms | .90 |
| 8/12/10 | TC w/Labuda re: settlement; TC w/court clerk | .20 |
| 8/13/10 | TC w/Felsen | .10 |
| | TC w/Labuda re: pending court conference | .10 |
| 8/17/10 | Review Defs' proposed release agreement | .50 |
| | TC w/CC re: agreement, will sign release | .20 |
| | TC w/SC re: agreement, will sign release | .20 |
| 8/18/10 | TC w/Labuda re: revision of release | .20 |
| 8/30/10 | TC w/Labuda re: status of his clients' execution of agreement attorneys' fee records | .10 |

HOURS WORKED: 30.90

HOURLY FEE: $500.00

COSTS AND DISBURSEMENTS: $635.00
(USDC filing fee: $350; Service of Process on all Defs: $285)

TOTAL AMOUNT OWED THIS BILL: $16,085.00

**BALANCE DUE:** **$16,085.00**

September 3, 2010

Christine Clover
2300 Pitkin Avenue
Apt. #2
Brooklyn, NY 11207

Stephanie Cortes
615 East 104th Street
Apt. #209
Brooklyn, NY 11236

RE: <u>Clover, Cortes et al., v. Shiva Realty, et al.,</u> 10 Civ. 1702 (RPP)

## SMITH BILLING STATEMENT

| Date | Description | Hours |
|---|---|---|
| 6/10/2010 | Draft collective action motion: Notice of Motion, Affirmations in Support, Memorandum of Law | 3.5 |
| 6/17/2010 | Meet with clients to review Declaration in Support of Motion for Conditional Certification. Revise and finalize Declarations. | 2.5 |
| 6/22/2010 | Review and revise Motion for Conditional Certification. Prepare and Efile Motion | 2.0 |
| 6/30/2010 | Review client documents. Compare client records with Ds' records. Calculate damages. | 2.5 |
| 7/2/2010 | Meeting with BEM to discuss case. | 0.5 |
| 7/26/2010 | Legal research re subject matter jurisdiction and Ds' Motion to Dismiss | 1.5 |
| 7/28/2010 | Draft Memorandum in Opposition to Defendants' Motion to Dismiss. | 8.0 |
| 8/3/2010 | Meeting with BEM to discuss case | 0.25 |
| | HOURS WORKED: | 20.75 |

| | |
|---|---:|
| HOURLY FEE: | $300.00 |
| COSTS AND DISBURSEMENTS: | $000.00 |
| TOTAL AMOUNT OWED THIS BILL: | $6,225.00 |
| **BALANCE DUE:** | **$6,225.00** |