# EXHIBIT C

October 19, 2010

RE: <u>Clover, Cortes et al., v. Shiva Realty, et al.</u>, 10 Civ. 1702 (RPP)

## MENKEN BILLING STATEMENT

| Date | Description | Hours |
|---|---|---|
| 10/14/10 | Review notes and draft Menken Declaration | 2.25 |
| | Legal research re: proportionality of fees | 2.0 |
| | Legal research re: Rule 68 and fees | 2.0 |
| | Legal research re: policy argument for FLSA fees; lodestar | 2.0 |
| 10/15/10 | Draft Memo of Law in Support of Fees | 4.50 |
| 10/18/10 | Draft, review, revise and edit Memo of Law in Support of Fees | 5.0 |
| | TC w/Darnley Stewart re: declaration in support | .25 |
| | Emails to Laura Schnell re: declaration in support | .20 |
| 10/19/10 | Finalize Memo of Law in Support of Fees | 3.25 |
| | Draft Notice of Motion | .25 |
| | Assemble motion papers to file | .25 |

HOURS WORKED: 21.90

HOURLY FEE: $500.00

COSTS AND DISBURSEMENTS: $000.00

TOTAL AMOUNT OWED THIS BILL: $10,950.00

**BALANCE DUE:** **$10,950.00**