UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
**CHRISTINE CLOVER AND STEPHANIE**     10 CV 1702 (RPP)
**CORTES, on behalf of themselves**
**And other similarly situated current and former**
**Employees of defendants,**

                                **Plaintiffs,**

      -against-

**SHIVA REALTY OF MULBERRY, INC.,**
**SHIVA REALTY OF MAIDEN LANCE, INC.,**
**SHIVA REALTY OF FULTON, INC.,**
**GOBINDRAM D/D IRREVOCABLE FAMILY**
**TRUST, KAILASH GOBINDRAM, LUCKY**
**LANCE GOBINDRAM, ASHWIN GOBINDRAM**
**And JACQUELINE MELSON**

                                **Defendants.**
-------------------------------------------------------------------------x

## NOTICE OF MOTION OF MILMAN LABUDA LAW GROUP PLLC TO WITHDRAW AS COUNSEL AND FOR AN ORDER AWARDING ATTORNEYS' FEES

**PLEASE TAKE NOTICE** that, upon the Motion of Milman Labuda Law Group PLLC to Withdraw as Counsel, dated May 23, 2011 and the Affirmation of Joseph M. Labuda, Esq. in Support of the Motion to Withdraw as Counsel, sworn to on May 23, 2011, and all the pleadings and proceedings heretofore had herein, Milman Labuda Law Group PLLC will move this Court, before Judge Patterson at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be designated by the Court or as soon thereafter as the parties may be heard, for an order:

1. granting Milman Labuda Law Group PLLC's Motion to Withdraw as Counsel; and

2. granting Milman Labuda Law Group PLLC its unpaid attorneys' fees for professional services rendered on behalf of Defendants; and

3. for such other and further relief as the Court may deem just and proper

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 6.1(b) and 6.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, answering papers, if any, are required to be served upon the undersigned within fourteen (14) business days following the date of service of this motion.

Dated: May 23, 2011

                                              **MILMAN LABUDA LAW GROUP PLLC**

                                              By: /s/ Joseph M. Labuda
                                              Attorneys for Defendants
                                              3000 Marcus Avenue, Suite 3W8
                                              Lake Success, New York 11042
                                              Tel: (516) 328-8899
                                              Fax: (516) 328-0082